**James Morris FLETCHER, State Correctional Institution, Pittsburgh, Pennsylvania, Appellant,**

v.

**Mark G. SHULTZ, Sheriff of Waynesburg, Pennsylvania, and Harold A. Russell, Ex-Chief Deputy Sheriff of Waynesburg, Pennsylvania.**

**No. 19419.**

United States Court of Appeals, Third Circuit.

Submitted June 11, 1971.

Decided June 24, 1971.

James Morris Fletcher, pro se.

Floyd A. King, Sayers, King & Keener, Waynesburg, Pa., for appellees.

Before STALEY and ADAMS, Circuit Judges, and GARTH, District Judge.

Opinion of the Court

PER CURIAM:

This appeal from the dismissal of a civil rights complaint was untimely taken. It, therefore, will be dismissed.